UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**

**SEVENTY-TWO THOUSAND NINE HUNDRED SEVENTY-ONE AND 00/100 DOLLARS ($72,971.00) SEIZED FROM JPMORGAN CHASE BANK ACCOUNT NUMBER XXXX1879, HELD IN THE NAME OF VALUELAND AUTO SALES,**

    **Defendant.**

    **Case No. 2:12-cv-882**
    **JUDGE GREGORY L. FROST**
    **Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court for consideration of Plaintiff's April 7, 2015 Motion to Dismiss Verified Complaint for Forfeiture. (ECF No. 41.) In this filing, Plaintiff asks the Court to dismiss the complaint pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court **GRANTS** the motion. The Clerk shall accordingly terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE